FILED
CLERK, U.S. DISTRICT COURT

FEB 24 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No.: 00-1157 |
| Plaintiff,   ) | ORDER OF DETENTION |
| vs.   ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Ruben Perez Espino   ) Defendant.   ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  _Central District of C-l_  for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A. (✗) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _See Probation office report_

```
 1  _____
 2  _____
 3  _____
 4       and/or
 5  B.   ( ) The defendant has not met his/her burden of establishing by
 6       clear and convincing evidence that he/she is not likely to pose
 7       a danger to the safety of any other person or the community if
 8       released under 18 U.S.C. § 3142(b) or (c). This finding is based
 9       on:_____
10       _____
11       _____
12       _____
13
14       IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated:    2/24/10
18
19                                              _____
20                                              UNITES STATES MAGISTRATE JUDGE
```